# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

JEFFREY DALE SODER,

        Petitioner

        v.

COMMONWEALTH (THOMAS WOLF)
(JOSH SHAPIRO) PENNSYLVANIA
POWER AND LIGHT (WILLIAM H.
SPENCE) PENNSYLVANIA PUBLIC
UTILITIES COMMISSION (GLADYS M.
BROWN, ALT.),

        Respondents

: No. 23 MM 2019
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of May, 2019, the Application for Leave to File Original Process is GRANTED, the "Emergency Writ of Mandamus/Writ of Prohibition" is DENIED, and the Application for Relief is DISMISSED AS MOOT.